[No. 24605-8-II.   Division Two.   July 13, 2001.]

MARIO MIZGAWA, *Respondent*, v. KATALIN KISH-NYITRAI, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-2-01459-1, Don L. McCulloch, J., entered March 30, 1999. *Reversed in part, vacated in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24644-9-II.   Division Two.   July 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HORACE LOGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02369-6, Brian M. Tollefson, J., entered April 9, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25475-1-II.   Division Two.   July 13, 2001.]

DAPAUL, INC., *Appellant*, v. WILLIS ENTERPRISES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-2-00276-6, F. Mark McCauley, J., entered December 23, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25634-7-II.   Division Two.   July 13, 2001.]

NATHAN VAHANIAN, ET AL., *Appellants*, v. ELLY KAYLOR, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 98-2-00253-9, David R. Draper, J., entered February 28, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.